IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: September 4, 2008
Courtroom Deputy: Valeri P. Barnes
FTR: Kathy Terasaki

_____

Civil Action No. 08-cv-01699-RPM

| | |
|---|---|
| CODY LEWIS and<br>QUENTIN LEWIS,,<br><br>    Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,,<br><br>    Defendant. | Lane Cohen<br><br><br><br><br><br>Sonja McKenzie |

_____

## COURTROOM MINUTES
_____

HEARING: Motion

**10:55 a.m.**     **Court in session.**

**ORDERED:**     Plaintiffs' Motion to Remand **(10)** is **granted**. The case is remanded to the Arapahoe County District Court.

**11:01 a.m.**     **Court in recess/hearing concluded.**

Total in-court time: 00:06