IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01699-RPM

CODY LEWIS and
QUENTIN LEWIS,

    Plaintiffs,

v.

RITE AID CORPORATION,

    Defendant.

_____

### ORDER FOR REMAND
_____

    Pursuant to the hearing held today on the plaintiffs' motion to remand and upon the oral statement of counsel for the plaintiffs, Lane Cohen, that the plaintiffs are not seeking recovery in an amount that reaches the jurisdictional amount in controversy of $75,000.00, which statement is received as a judicial admission, it is now

    ORDERED that this civil action is remanded to the District Court, Arapahoe County, State of Colorado.

DATED: September 4th, 2008

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge